IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                              )<br>            Plaintiff,                            )<br>                                                              )<br>vs.                                                       )<br>                                                              )<br>STEVEN CASEY GALLINGER,        )<br>                                                              )<br>            Defendant.                        )<br>_____ )  | Criminal No. 06-237-S-EJL<br><br><br>FINAL ORDER<br>OF FORFEITURE |

WHEREAS, on May 25, 2007, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. §924(d) (made applicable pursuant to 28 U.S.C. § 2461(c)), based upon the Plea Agreement entered into in the above case between STEVEN CASEY GALLINGER and the United States on March 20, 2007;

WHEREAS, the United States caused to be published in the Idaho Statesman, a newspaper with general circulation in the State of Idaho, notice of this forfeiture and of the intent of the United States Attorney General (or a designee) to dispose of the property in accordance with the law and as specified in the Preliminary Order, and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property;

AND WHEREAS, no claims were filed,  therefore, the Motion for Forfeiture (Docket No.

30) shall be **GRANTED**.

Accordingly, it is hereby ORDERED, ADJUDGED and DECREED that the Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF&E), is designated to forthwith seize all of the forfeited properties, not heretofore seized, which are described below.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED:

That the right, title and interest to the hereinafter described property, is hereby condemned, forfeited and vested in the Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF&E), and that no claim of interest in said property shall exist in any other person or entity, and that said property shall be disposed of according to law:

Firearms and Ammunition to include:

1. One (1) Ruger, Model P-85, 9mm semi-automatic pistol, bearing serial number 30236440; and

2. Miscellaneous ammunition seized from the above-described firearm.

IT IS FURTHER ORDERED that all parties herein shall bear their own costs and fees.

DATED: **July 30, 2007**

Honorable Edward J. Lodge
U. S. District Judge

FINAL ORDER OF FORFEITURE - 2